Roger Chester CREECH; Belva Aldridge Creech, Plaintiffs–Appellants,

v.

HARVEY FERTILIZER AND GAS COMPANY, Defendant–Appellee.

No. 06–1436.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 17, 2007.

Decided: Feb. 9, 2007.

Walter L. Hinson, Hinson & Rhyne, P.A., Wilson, North Carolina, for Appellants. Paul A. Fanning, Ward & Smith, P.A., Greenville, North Carolina, for Appellee.

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roger Chester Creech and Belva Aldridge Creech appeal from the district court's order affirming the bankruptcy court's order finding excusable neglect and enlarging the time for Harvey Fertilizer and Gas Company to file a deficiency claim in the Creeches' Chapter 12 bankruptcy case. We have reviewed the record and decisions of the bankruptcy court and the district court and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Creech v. Harvey Fertilizer & Gas Co.,* No. 5:04–cv–00933–BO (E.D.N.C. Feb. 28, 2006 & Mar. 1, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*